Opinion issued June 7, 2007









In The

Court of Appeals

For The

First District of Texas






NO. 01-06-01129-CV






SONIC AUTOMOTIVE, INC. and SONIC AUTOMOTIVE OF TEXAS, L.P.,
Appellants


V.


BRAD STAPP, Appellee






On Appeal from the 269th District Court

Harris County, Texas

Trial Court Cause No. 2006-70998






MEMORANDUM OPINION

 The parties have filed an agreed motion to dismiss this appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala.